O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH FELIX DIAZ,<br><br>      Petitioner,<br><br>  v.<br><br>MARTIN BITER, Warden,<br><br>      Respondent. | NO. SACV 14-0980-JGB (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: August 29, 2016

JESUS G. BERNAL
United States District Judge